# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF THE STATE OF NEW MEXICO

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 04-18786 |
|  | ) |  |
| Iniquities LLC, | ) | (Chapter 7) |
| **DEBTOR** | ) |  |
|  | ) |  |

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Cananwill, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $4,741.08. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Cananwill, Inc.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

<u>CERTIFICATE OF MAILING</u>

        I hereby certify that on April 8, 2008, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
PO Box 607
Albuquerque, NM  87103

United States Trustee
PO Box 608
Albuquerque, NM  87103

Case Trustee
Michael J. Caplan
Trustee
827 E Santa Fe Ave
Grants, NM 87020-2458

_____

Greg Griffith

# LIMITED POWER OF ATTORNEY

Cananwill, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

### Only to recover cash or cash equivalents that belong to the Principal arising from the bankruptcy of Iniquities LLC,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds.  Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 7th day of _April_____, 200 8 .

**PRINCIPAL:**
Cananwill, Inc.
Federal ID # _23 - 172 2081_

By: _Michael Rubin_

Title: _VP Collections_

**PRINCIPAL'S ADDRESS:**

1000 Milwaukee Ave.
Glenview, IL 60025
(847) 953-6653

### ACKNOWLEDGMENT

STATE OF _IL_ )

COUNTY OF _Cook_ )

Before me a Notary Public, in and for said County and State on this 7th day of _April_____ 200 8 personally appeared _Michael Rubin_ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _VP_ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year  first above written.

My Commission Expires:
_11/14/09_

_Sylvia Y Smith_
Notary Public

OFFICIAL SEAL
SYLVIA Y SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/09



**CANANWILL**
PREMIUM FUNDING
SINCE 1937

**Michael Rubin**
*Vice President - Credit & Collections*

1000 Milwaukee Avenue
Glenview, IL 60025
Email: michael_rubin@cananwill.com
www.cananwill.com

Office: 847.953.6631
Toll Free: 877.317.6437 x36631
EFax: 847.953.0358

An **AON** Company